PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*

2:25CR00191

DOCKET NUMBER *(Rec. Court)*

**2:26-cr-00956-SMD**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Fausto Garcia-Garcia<br>District of New Mexico | Nevada | U.S. Probation Office |

X FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
3/12/2026
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ MAM _____ DEPUTY

NAME OF SENTENCING JUDGE

Andrew P. Gordon

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 8/13/2025 | 8/12/2026 |

OFFENSE
Deported Alien Found in the United States.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Criminal complaint filed out of New Mexico.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Mexico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 4, 2026
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**3/11/2026**
*Effective Date*

_____
*United States District Judge*

1